NATHAN N. STARK v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

IRVING COHEN and Others v. EDWARD CANAVAN, as President, or WILLIAM FEINBERG, as Vice-President, or HARRY SUBER, as Treasurer, of Associated Musicians of Greater New York, Local 802, American Federation of Musicians.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of FRANK REDA and Others against THOMAS W. HAMMOND, as Commissioner of the Department of Sanitation of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

FRANCES BROWNING HYNES v. TITLE GUARANTEE & TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 732.] Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MARY O'NEILL, as Administratrix, etc., of JOSEPH O'NEILL, Deceased, v. THE UNITED ELECTRIC LIGHT & POWER Co. and Another.— Motion for a reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of FLORENCE M. SLOAT v. THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others. — Motion to resettle order entered December 18, 1936, and for leave to appeal to the Court of Appeals from said order denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of MARGARET NEULANDER v. THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others. — Motion to resettle order entered December 18, 1936, and for leave to appeal to the Court of Appeals from said order denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

FRANCES BROWNING HYNES v. TITLE GUARANTEE & TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 732.] Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

FRANCES BROWNING HYNES v. TITLE GUARANTEE & TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See ante, p. 732.] Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

WILLIAM C. DAMM v. IRVING ZISBLATT, Trading, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SILVER against RICHARD A. McGEE, Warden, New York Penitentiary.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.